```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


MURIELLE ABDALLAH, Individually   )
and on Behalf of All Other        )
Persons Similarly Situated,       )
                                  )
            Plaintiff,            )   CIVIL ACTION NO.
                                  )   12-12027-DPW
v.                                )
                                  )
BAIN CAPITAL LLC,                 )
                                  )
            Defendant.            )
```

**JUDGMENT OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order of July 9, 2013, granting the defendant's Motion to Dismiss (Dkt. No. 10), for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED: that the above-entitled action be and hereby is DISMISSED in its entirety WITH PREJUDICE.

                                        BY THE COURT,

                                        /s/ Jarrett Lovett
                                        Deputy Clerk

DATED: July 9, 2013