# United States Court of Appeals
## For the First Circuit

No. 13-2008

MURIELLE ABDALLAH,

Plaintiff, Appellant,

v.

BAIN CAPITAL LLC,

Defendant, Appellee.

**JUDGMENT**

Entered: June 3, 2014

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Casey, Mr. Cutler, Mr. Kaczmarek & Mr. Pradal.