# United States Court of Appeals
## For the First Circuit

No. 13-2008

MURIELLE ABDALLAH, individually and on behalf of all other persons similarly situated

Plaintiff - Appellant

v.

BAIN CAPITAL, LLC

Defendant - Appellee

**MANDATE**

Entered: June 25, 2014

    In accordance with the judgment of June 3, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

                    By the Court:

                    /s/ Margaret Carter, Clerk

cc:
David C. Casey
Timothy K Cutler
Christopher B. Kaczmarek
Philippe Jean Joseph Pradal